Alisa Admiral Garcia (SBN: 265251)
LAW OFFICES OF ALISA ADMIRAL
5150 E Pacific Coast Hwy, Suite 200
Long Beach, CA 90804
Phone: 562-277-1500 Fax: 562-277-1501
Email: alisa@admirallegal.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| IN RE: | Case No.: 2:19-bk-24403-VZ |
|---|---|
| RAID YACOUB YOUNIS,<br>SANA YOUNIS,<br><br>        Debtors | Chapter 13<br>DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE<br><br>HEARING:<br><br>Date:     May 4, 2023<br>Time:    11:00 am<br>Location: 255 E. Temple Street<br>             Courtroom 1368<br>             Los Angeles, CA  90012 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE VINCENT P. ZURZOLO, NANCY CURRY, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Debtors, Raid Yacoub and Sana Younis, hereby respond to and oppose the Trustee's Motion to Dismiss Chapter 13 case.  Said opposition is based upon the within Declaration of Alisa Admiral Garcia, attorney for Debtor.

WHEREFORE, it is respectfully requested that Trustee's Motion to Dismiss Chapter 13 case is denied and for any such other and further relief as is deemed necessary.

//

//

1

Respectfully Submitted,

**LAW OFFICES OF ALISA ADMIRAL**

Dated: March 31, 2023

s/ Alisa Admiral Garcia
Alisa Admiral Garcia
Attorney for Debtor

# DECLARATION OF ALISA ADMIRAL GARCIA

I, ALISA ADMIRAL GARCIA, hereby declare as follows:

1. I am over the age of 18, and have personal knowledge of the following facts, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am the attorney for Debtors in the instant Chapter 13 bankruptcy, Case 2:19-bk-24403-VZ.

3. On March 17, 2023, the Chapter 13 Trustee filed a Motion to Dismiss Chapter 13 Case alleging Debtors failed to provide to the Trustee copies of the 2021 federal and state personal tax returns, failure to turn over to the Trustee tax refunds for the 2021 tax year (if any) in excess of $500, and failure to provide to the Trustee actual monthly business income/expense statements for January 2022 – December 2022.

4. Counsel for Debtors turned over their 2021 federal and state tax returns to the Trustee on March 22, 2023. They did not receive refunds exceeding $500.00.

5. The only issue remaining is the monthly business income/expense statements for January 2022 – December 2022. Debtors are currently working with their accountant to obtain these and they will be forwarded to the Trustee as soon as they are available.

6. At this time, Debtors respectfully request more time in which to obtain these statements.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on this 31st day of March, 2023 at Long Beach, California.

s/ Alisa Admiral Garcia
ALISA ADMIRAL GARCIA

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
LAW OFFICES OF ALISA ADMIRAL
5150 E Pacific Coast Hwy, Suite 200
Long Beach, CA 90804

A true and correct copy of the foregoing document entitled (*specify*): DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR) trustee13la@aol.com; United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov; Eric A Mitnick MitnickLaw@gmail.com; Gilbert R Yabes ecfcacb@aldridgepite.com; Bradley J Pizer grace@pizercorp.com; Amy Hudson ahudson@santanderconsumerusa.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 03/31/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Judge Vincent P. Zurzolo, 255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012
Raid Yacoub and Sana Younis 3718 W. 224th St., Torrance, CA 90505

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/31/2023 | Alisa Admiral Garcia | s/ Alisa Admiral Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing      Northrop Grumman Federal Credit Union    Santander Consumer USA, Inc., successor in i
0973-2                                Pizer & Associates, PC                   PO Box 961245
Case 2:19-bk-24403-VZ                 9320 Wilshire Blvd Suite 308             Ft Worth, TX 76161-0244
Central District of California        Beverly Hills, CA 90212-3218
Los Angeles
Fri Mar 31 17:23:32 PDT 2023

Los Angeles Division                  Amwest Funding Corp                      Bluestar Business Solutions
255 East Temple Street,               6 Pointe Drive Ste 300                   505 E. Jackson St.  #302
Los Angeles, CA 90012-3332            Brea, CA 92821-6323                      Tampa, FL 33602-4935


Brenda Keroles                        (p)JPMORGAN CHASE BANK  N A              Costco Anywhere Visa Card
c/o Hitchcock, Bowman and Schacter    BANKRUPTCY MAIL INTAKE TEAM              Attn: Bankruptcy
21515 Hawthorne Blvd Suite 1030       700 KANSAS LANE FLOOR 01                 Po Box 6500
Torrance, CA 90503-6579               MONROE LA 71203-4774                     Sioux Falls, SD 57117-6500


Discover Bank                         (p)DISCOVER FINANCIAL SERVICES LLC       Elizabeth Rodriguez
Discover Products Inc                 PO BOX 3025                              c/o Sam H. Nordean Esq
PO Box 3025                           NEW ALBANY OH 43054-3025                 245 Fischer Ave Ste D-1
New Albany, OH 43054-3025                                                      Costa Mesa, CA 92626-4539


Enhanced Recovery Corp                Franchise Tax Board                      Gateway One Lending & Finance
Attn: Bankruptcy                      Attn: Bankruptcy Department              175 North Riverview Drive
8014 Bayberry Road                    P.O. Box 942857                          Suite 100
Jacksonville, FL 32256-7412           Sacramento, CA 94257-0001                Anaheim, CA 92808-1225


Hitchcock, Cowman and Schachter       Internal Revenue Service                 JPMorgan Chase Bank, N.A.
21515 Hawthorne Blvd St 1030          Centralized Insolvency Operations        s/b/m/t Chase Bank USA, N.A.
Torrance, CA 90503-6579               P.O. Box 7346                            c/o National Bankruptcy Services, LLC
                                      Philadelphia, PA 19101-7346              P.O. Box 9013
                                                                               Addison, Texas 75001-9013


LVNV Funding, LLC                     Nordean Law APC                          Northern Leasing Systems
Resurgent Capital Services            245 Fischer Ave Ste D1                   525 Washington Blvd
PO Box 10587                          Costa Mesa, CA 92626-4539                Jersey City, NJ 07310-2603
Greenville, SC 29603-0587


Northrop Grumman Federal CU           Northrop Grumman Federal Credit Union    Santander Consumer USA successor in
Attn: Bankruptcy                      Attn: Bankruptcy                         interest to  Gateway One Lending
Po Box 47009                          Po Box 47009                             & Finance, LLC (Gateway)
Gardena, CA 90247-6809                Gardena, CA 90247-6809                   P.O. Box 961245
                                                                               Fort Worth, TX 76161-0244


United States Trustee (LA)            Wells Fargo Bank                         Wells Fargo Bank
915 Wilshire Blvd, Suite 1850         ATTN Bankruptcy                          P.O. Box 5058
Los Angeles, CA 90017-3560            1 Home Campus Mac X2303-01a              MAC: P6053-021
                                      Des Moines, IA 50328-0001                Portland, OR 97208-5058


Wells Fargo Bank NA                   Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A., Wells Fargo Card Ser
Attn: Bankruptcy                      Small Business Lending Division          PO Box 10438, MAC F8235-02F
1 Home Campus Mac X2303-01a           P.O. Box 29482                           Des Moines, IA  50306-0438
Des Moines, IA 50328-0001             Phoenix, AZ 85038-9482
```

Alisa Admiral Garcia
Law Offices of Alisa Admiral
5150 E Pacific Coast Hwy
Suite 200
Long Beach, CA 90804-3399

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Raid Yacoub Younis
3718 W. 224th St.
Torrance, CA 90505-2517

Sana Younis
3718 W. 224th St.
Torrance, CA 90505-2517

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

(d)JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34