| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alisa Admiral Garcia (SBN: 265251)<br>LAW OFFICE OF ALISA ADMIRAL<br>5150 E Pacific Coast Hwy, Suite 200<br>Long Beach, CA 90804<br>Phone: 562-277-1500 Fax: 562-277-1501<br>Email: alisa@admirallegal.com | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for:* Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>RAID YACOUB YOUNIS,<br>SANA YOUNIS, | CASE NO.: 2:19-BK-24403-VZ<br>CHAPTER: 13 |
|---|---|
| Debtor(s). | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Raid Yacoub Younis and Sana Younis, Debtors_____,
   filed a motion or application (Motion) entitled APPLICATION FOR SUPPLEMENTAL FEES FOR DEBTOR'S
   COUNSEL OF RECORD IN A CHAPTER 13 CASE_____.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):
   ☒ The full Motion is attached to this notice; or
   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 5.2.23

s/ Alisa Admiral Garcia
Signature of Movant or attorney for Movant

Alisa Admiral Garcia
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 2                          **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5150 E. Pacific Coast Hwy, Suite 200, Long Beach, CA 90804

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __5.4.23__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR) trustee13la@aol.com; United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov; Eric A Mitnick MitnickLaw@gmail.com; Gilbert R Yabes ecfcacb@aldridgepite.com; Bradley J Pizer grace@pizercorp.com; Amy Hudson ahudson@santanderconsumerusa.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __5.4.23__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Judge Vincent P. Zurzolo, 255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012
Raid Yacoub and Sana Younis 3718 W. 224th St., Torrance, CA 90505

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5.4.23 | Alisa Admiral Garcia | s/ Alisa Admiral Garcia |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                          Page 3                              F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

```
Label Matrix for local noticing          Northrop Grumman Federal Credit Union    Santander Consumer USA, Inc., successor in i
0973-2                                    Pizer & Associates, PC                   PO Box  961245
Case 2:19-bk-24403-VZ                     9320 Wilshire Blvd Suite 308             Ft Worth, TX 76161-0244
Central District of California            Beverly Hills, CA 90212-3218
Los Angeles
Fri Mar 31 17:23:32 PDT 2023

Los Angeles Division                      Amwest Funding Corp                      Bluestar Business Solutions
255 East Temple Street,                   6 Pointe Drive Ste 300                   505 E. Jackson St.  #302
Los Angeles, CA 90012-3332                Brea, CA 92821-6323                      Tampa, FL 33602-4935


Brenda Keroles                            (p)JPMORGAN CHASE BANK  N A              Costco Anywhere Visa Card
c/o Hitchcock, Bowman and Schacter        BANKRUPTCY MAIL INTAKE TEAM              Attn: Bankruptcy
21515 Hawthorne Blvd Suite 1030           700 KANSAS LANE FLOOR 01                 Po Box 6500
Torrance, CA 90503-6579                   MONROE LA 71203-4774                     Sioux Falls, SD 57117-6500


Discover Bank                             (p)DISCOVER FINANCIAL SERVICES LLC       Elizabeth Rodriguez
Discover Products Inc                     PO BOX 3025                              c/o Sam H. Nordean Esq
PO Box 3025                               NEW ALBANY OH 43054-3025                 245 Fischer Ave Ste D-1
New Albany, OH 43054-3025                                                          Costa Mesa, CA 92626-4539


Enhanced Recovery Corp                    Franchise Tax Board                      Gateway One Lending & Finance
Attn: Bankruptcy                          Attn: Bankruptcy Department              175 North Riverview Drive
8014 Bayberry Road                        P.O. Box 942857                          Suite 100
Jacksonville, FL 32256-7412               Sacramento, CA 94257-0001                Anaheim, CA 92808-1225


Hitchcock, Cowman and Schachter           Internal Revenue Service                 JPMorgan Chase Bank, N.A.
21515 Hawthorne Blvd St 1030              Centralized Insolvency Operations        s/b/m/t Chase Bank USA, N.A.
Torrance, CA 90503-6579                   P.O. Box 7346                            c/o National Bankruptcy Services, LLC
                                          Philadelphia, PA 19101-7346              P.O. Box 9013
                                                                                   Addison, Texas 75001-9013


LVNV Funding, LLC                         Nordean Law APC                          Northern Leasing Systems
Resurgent Capital Services                245 Fischer Ave Ste D1                   525 Washington Blvd
PO Box 10587                              Costa Mesa, CA 92626-4539                Jersey City, NJ 07310-2603
Greenville, SC 29603-0587


Northrop Grumman Federal CU               Northrop Grumman Federal Credit Union    Santander Consumer USA successor in
Attn: Bankruptcy                          Attn: Bankruptcy                         interest to  Gateway One Lending
Po Box 47009                              Po Box 47009                             & Finance, LLC (Gateway)
Gardena, CA 90247-6809                    Gardena, CA 90247-6809                   P.O. Box 961245
                                                                                   Fort Worth, TX 76161-0244


United States Trustee (LA)                Wells Fargo Bank                         Wells Fargo Bank
915 Wilshire Blvd, Suite 1850             ATTN Bankruptcy                          P.O. Box 5058
Los Angeles, CA 90017-3560                1 Home Campus Mac X2303-01a              MAC: P6053-021
                                          Des Moines, IA 50328-0001                Portland, OR 97208-5058


Wells Fargo Bank NA                       Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A., Wells Fargo Card Ser
Attn: Bankruptcy                          Small Business Lending Division          PO Box 10438, MAC F8235-02F
1 Home Campus Mac X2303-01a               P.O. Box 29482                           Des Moines, IA  50306-0438
Des Moines, IA 50328-0001                 Phoenix, AZ 85038-9482
```

Alisa Admiral Garcia
Law Offices of Alisa Admiral
5150 E Pacific Coast Hwy
Suite 200
Long Beach, CA 90804-3399

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Raid Yacoub Younis
3718 W. 224th St.
Torrance, CA 90505-2517

Sana Younis
3718 W. 224th St.
Torrance, CA 90505-2517

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

(d)JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Alisa Admiral Garcia (SBN 265251)<br>LAW OFFICES OF ALISA ADMIRAL<br>5150 E Pacific Coast Hwy, Suite 200<br>Long Beach, CA 90804<br>Phone: 562-277-1500<br>Fax: 562-277-1501<br>Email: alisa@admirallegal.com<br><br><br><br><br><br><br><br><br>*Counsel of Record for Debtor* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>RAID YACOUB YOUNIS,<br><br>ANA YOUNIS,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor | CASE NO.:  2:19-BK-24403-VZ<br><br>CHAPTER 13<br><br>**APPLICATION FOR SUPPLEMENTAL FEES FOR DEBTOR'S COUNSEL OF RECORD IN A CHAPTER 13 CASE**<br><br>[LBR 3015-1(v)(2)]<br><br>☒ No hearing unless requested [LBR 3015-1(w)(1)(D)]<br>☐ Hearing Information [LBR 9013-1(d)]<br><br>DATE:<br>TIME:<br>CTRM: |

1. **Notice of Application**:  Notice of this Application is being served on required parties via (*check one*):

    ☒ F 9013-1.2.OPPORTUNITY.HEARING.NOTICE
    ☐ F 9013-1.1.HEARING.NOTICE

2. **Debtor's Counsel of Record**:  Applicant is counsel of record for the above-named Debtor.

3. **Advance Fee**:  Prior to fling this bankruptcy case, Applicant was paid an advance fee in the amount of $0.

4. **Fee Agreement**:  Applicant entered into a fee agreement with the Debtor:

    ☐ Rights and Responsibilities Agreement (RARA) (*see docket* #2): The fee agreed to is:
    ☒ Other Fee Agreement (*attach a copy as* Exhibit D):

---

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

5. **Date of Order Confirming Plan**: A Chapter 13 Plan was confirmed by order entered on (*enter date*): 12/2/2020, or is set for a confirmation hearing on (*enter date*): _____

6. **Fee Award at Confirmation**: Applicant was awarded fees in the amount of $0.00, and prior counsel was awarded $6,000.00 in the order confirming plan.

7. ☒ **Prior Applications**: Applicant has made prior application(s) for supplemental fees as follows:

    ☒ All prior application(s) have been ruled on by the court.
    ☐ A prior application(s) has been made, and is still pending before the court. See docket #(s): _____
    ☒ Total fees approved for Applicant (including pre-petition fees): $0.00 (Prior counsel was approved $8,550.00).
    ☒ Total fees paid to Applicant (including pre-petition fees): $0.00 (prior counsel was paid $7,186.00).

8. **Current Application**: Applicant has performed extraordinary services at the request of the Debtor and, pursuant to LBR 3015-1(v)(2), requests allowance and payment of the following fees and costs:

    a. **Dates of Services**:    Start Date: March 31, 2023    End Date: April 21, 2023

    b. **Amount Requested**:    Fees: $350.00    Costs: $0.00    Total: $350.00

    c. **Amount from Prior Application:** This application ☒ does not contain ☐ contains an amount that was part of a past application, docket entry #___, in the amount of $_____. The reason for the secondary request is: _____

    d. **Statement of Services**:

        1. ☒ Presumptively Reasonable Fees. Of the fees requested in the application, $350.00 is for services specified in Court Manual section 2.9(b) "Fees for Additional Services Without Filing a Detailed Fee Application" Details of the services provided, and the result of providing these services, are set forth in Exhibit A.

        2. ☐ Hourly Fees. Of the fees requested in the application, $_____ is for services billed on an hourly basis. Details of services provided, hours, who provided services, and the result of services, are set forth in Exhibit A.

    e. **Declaration**: Exhibit B is a declaration from the applicant, pursuant to LBR 2015-1(v)(2) and 9013-1(i), indicating that all services set forth in the statement of services were performed, and the result of the performance.

    f. **LBR 2016-1(a)(1)(H) Statement**: Exhibit C is a statement of education and experience of all persons who performed services for which payment is requested in this application.

9. **Request**: Based on the foregoing, Applicant requests the application be granted and an allowance of fees and costs be made in the total amount of $350.00.

Date:    5.2.23

Respectfully submitted,

s/ Alisa Admiral Garcia_____.
Signature of (or on behalf of) Counsel of Record

Alisa Admiral Garcia

Printed name of Signer

---

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

January 2017    Page 2    VZ APP.CH13.SUPP.FEES

# EXHIBIT A

LAW OFFICES OF ALISA ADMIRAL 5150 E. PACIFIC COAST HIGHWAY, SUITE 200 LONG BEACH, CA  90804

DEBTOR(S):  Raid Yacoub and Sana Younis CASE NUMBER:  2:19-bk-24403-VZ

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 3/31/2023 | Alisa Admiral ("AA") prepared and filed Opposition to Trustee's Motion to Dismiss | $350.00 Presumptively Reasonable Fee for Services Specified in Court Manual Section 2.9(b) | | $350.00 |
| | | | | |

**Total Attorney Fees**     $350.00
**Amount Paid**     $   0.00
**Amount Due**     $350.00

# EXHIBIT B

### DECLARATION OF ALISA ADMIRAL GARCIA

I, ALISA ADMIRAL GARCIA, hereby declare as follows:

1. I am over the age of 18, and have personal knowledge of the following facts, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am the attorney for Debtors in the instant Chapter 13 bankruptcy, Case 2:19-bk-24403-VZ.

3. The Order confirming the Chapter 13 Plan was entered on December 2, 2020.

4. I substituted into this case on January 9, 2022.

5. I have not received any payment from Debtors. The two prior Fee Applications filed in this matter were filed by Debtors' previous counsel, Sam Benevento.

6. I have performed certain extraordinary services at the request of the Debtor, including the filing of an Opposition to Trustee's Motion to Dismiss. The Motion to Dismiss was filed by the Trustee on March 17, 2023, Debtors' Opposition was filed on April 4, 2023, and the Order dismissing the Motion was entered on April 21, 2023.

7. Pursuant to Section 2.9(b) of the Court Manual, I am requesting allowance of additional fees in the amount of $350.00 for the additional services provided by applicant in filing the Opposition to Trustee's Motion to Dismiss.

8. I respectfully request that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the Plan that has been confirmed in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on this 2nd day of May 2023 at Long Beach, California.

s/ Alisa Admiral Garcia
ALISA ADMIRAL GARCIA

# EXHIBIT C

# ALISA ADMIRAL

5150 E Pacific Coast Hwy #200, Long Beach, CA 90804     562-810-8041     alisa@admirallegal.com

## EDUCATION

**California Western School of Law**, San Diego, CA
Juris Doctor, *magna cum laude*, June 2009; *California Western Law Review*, Associate Editor

**University of Washington**, Seattle, WA
Bachelor of Arts, *magna cum laude*, Political Science, June 2005

## EXPERIENCE

**Law Offices of Alisa Admiral,** Long Beach, CA
*Attorney/Owner*, June 2011 – present
Handle all aspects of small consumer bankruptcy practice.  Responsibilities include meeting with clients to evaluate their specific situation and needs, advising them on their various options, preparing and filing their bankruptcies and related documents, and addressing any issues that arise.  Additionally, personally ecf file and serve all documents, maintain appropriate licenses and insurance, and oversee marketing, bookkeeping and general administration.

**Chapter 13 Trustee Kathy Dockery,** Los Angeles, CA
*Attorney,* October 2012 – October 2013
Represent Trustee in Chapter 13 bankruptcy cases. Responsibilities included reviewing cases prior to 341 hearings and confirmations, as well as dealing with post-confirmation issues and motions. Represented the Chapter 13 trustee at the 341 meetings as well as confirmation and motion hearings in court.

**Legal Helpers, P.C.,** Long Beach, CA
*Attorney,* April 2010 – June 2011
Handled all aspects of Chapter 7 and Chapter 13 consumer bankruptcies from beginning to end. Conducted initial consultations and sign up clients. Prepared and filed Chapter 7 and Chapter 13 bankruptcies. Drafted and responded to motions related to all bankruptcy issues including lien avoidance motions, motions related to the automatic stay, motions to convert, and various Chapter 13 motions.

**Hyde & Swigart,** San Diego, CA
*Attorney*, October 2009 – March 2010
Participated in client intake and case evaluation for FDCPA and credit defense cases. Researched and drafted complaints, answers, motion responses and discovery.  Attended settlement conferences and conducted depositions. Negotiated settlements and drafted settlement agreements.

**Cadwalader, Wickersham & Taft LLP,** New York, NY
*Summer Associate,* Summer 2008 - Offer extended for an Associate position in 2009 (declined)
Researched and drafted memoranda of law regarding various litigation and financial restructuring issues. Represented domestic violence victim in Family Court in *pro bono* program.

**California Attorney General's Office,** San Diego, CA
*Certified Law Clerk,* Appeals, Writs and Trials Section, Fall 2007
Worked on post-conviction criminal proceedings for the State of California.  Drafted Respondent's Briefs and presented oral argument at the California Court of Appeal.

**MEMBERSHIP** Central District Consumer Bankruptcy Attorney Association (*cdcbaa*), Board Member

# EXHIBIT D

**LAW OFFICES OF ALISA ADMIRAL**
**LEGAL SERVICES AGREEMENT - CHAPTER 13 SUBSTITUTION**

1. **IDENTIFICATION OF PARTIES**: This agreement is entered into by and between Law Offices of Alisa Admiral, APC, hereafter referred to as "Attorney" and Raid Yacoub and Sana Younis referred to as "Client."

2. **LEGAL SERVICES TO BE PROVIDED**:
   The legal services to be provided by Attorney to Client are as follows:

   a. Filing and servicing Substitution of Attorney in pending Chapter 13 Bankruptcy Case Number 2:16-bk-18665-WB;
   b. Advise client of case status, general questions, providing filed documents requested by client; and
   c. Filing of the Lodgment of Order on Motion to Reopen Case and Applications for Discharge.

3. **LEGAL SERVICES SPECIFICALLY EXCLUDED**: <u>Any legal services not expressly stated in paragraph 2 under this agreement are specifically excluded and therefore billed hourly.</u> Examples of such are: adversarial actions; PRE & POST-CONFIRMATION Objection to Claims; motions (Such as a Motion to Avoid Lien); Sale or Refinance of Real Property; Relief from Stay Motions; Complaints on Dischargeability of Debts; Motions to Extend the Automatic Stay if this case is not the first case filed within the past one (1) year; and Trustee's Motion to Dismiss the case. Attorney is not responsible for conducting a title search of any real property owed by client to identify any encumbrances not disclosed by client, including junior mortgages or judgement liens. Said liens will not be removed from the property without separate legal action and pursuant to a separate agreement.

4. **ADDITIONAL LEGAL SERVICES**: If client wishes the Attorney to provide any legal services not provided under paragraph 2 of this agreement, Client will be billed at a rate of $300.00 per hour to perform such services which may be billed through the Chapter 13 plan via Supplemental Fee Application, which Client hereby authorizes or paid directly to Attorney outside the Chapter 13 plan if agreed upon by the parties.

5. **TERMINATION OF ATTORNEY-CLIENT RELATIONSHIP UPON DISMISSAL OR DISCHARGE OF CHAPTER 13 CASE**: Client hereby acknowledges and understands that the Attorney/Client relationship is expressly terminated in the event of Dismissal or Discharge of Client's Chapter 13 Case.

6. **ATTORNEY'S FEES**: All fees will be billed hourly and either paid up front or through the Chapter 13 plan and **will be billed at a rate of $300.00 an hour.**

7. **COSTS**: Client agrees to pay in advance costs and expenses in performing legal services under this agreement as they are incurred. Costs and expenses commonly include, photocopying and postage.

8. **ADDITIONAL ATTORNEY'S FEES**:
   a. Client acknowledges, understands, and agrees to pay attorney $750.00 to file a motion for

1

      authority to sell real property, and, if ever applicable, an **additional $1,000.00 in attorney's fees** to **CONVERT** Client's Chapter 13 bankruptcy case to a case under Chapter 7 of the Bankruptcy Code. All unpaid fees due under this agreement will be due as the repayment plan will no longer provide for the fees.

    b.    Client agrees that in the event an additional creditor needs to be added to Client's schedules after the filing of the original petition, Client shall provide attorney with the complete name, address, and account number of said creditor(s) along with a certified check in the sum of $130.00 ($30.00 Court fee, plus $100.00 processing fee). *Client agrees that Attorney shall not be responsible or legally liable for failure to include an additional creditor until receipt of the sum of $130.00 is acknowledged by Attorney.*

9.    **DISCLAIMER OF GUARANTEE**: Nothing in this agreement and nothing in Attorney's statement to Client will be constructed as a promise or guarantee about the outcome of Client's matter. Attorney's comments about the outcome of Client's matter are expressions of opinion only. Attorney will use best efforts and due diligence to file Client's petitions and related necessary bankruptcy papers ONLY UPON RECEIPT of entire retainer payment required by paragraph 6, 7 and 8 of this agreement AND upon Client approving and signing said paperwork.

10.    **APPEARANCE COUNSEL**: Client hereby authorizes Attorney to contract the services of California State licensed appearance counsel at no additional charge to Client.

11.    **RECEIPT OF COPY**: By signing below, the Client(s) acknowledge(s) having received a completed copy of this Legal Services Agreement.

12.    **COMPLETE AGREEMENT**: Attorney and Client hereby acknowledge and agree that the within written agreement constitutes the full and final agreement between the parties.

The foregoing terms are agreed by:

Client: _[signature]_

Dated: _4-27-23_

Attorney: _____

Dated: _____

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
LAW OFFICES OF ALISA ADMIRAL
5150 E Pacific Coast Hwy, Suite 200
Long Beach, CA 90804

A true and correct copy of the foregoing document entitled: **APPLICATION FOR SUPPLEMENTAL FEES FOR DEBTOR'S COUNSEL OF RECORD IN A CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __5.4.23__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR) trustee13la@aol.com; United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov; Eric A Mitnick MitnickLaw@gmail.com; Gilbert R Yabes ecfcacb@aldridgepite.com; Bradley J Pizer grace@pizercorp.com; Amy Hudson ahudson@santanderconsumerusa.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ~~5.2.23~~ 5/4/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Judge Vincent P. Zurzolo, 255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012
Raid Yacoub and Sana Younis 3718 W. 224th St., Torrance, CA 90505

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5.4.23 | Alisa Admiral Garcia | s/ Alisa Admiral Garcia |
|--------|----------------------|------------------------|
| *Date* | *Printed Name* | *Signature* |

This form is approved for use in cases presided over by the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge

January 2017    Page 3    VZ APP.CH13.SUPP.FEES

```
Label Matrix for local noticing          Northrop Grumman Federal Credit Union      Santander Consumer USA, Inc., successor in i
0973-2                                   Pizer & Associates, PC                     PO Box 961245
Case 2:19-bk-24403-VZ                    9320 Wilshire Blvd Suite 308               Ft Worth, TX 76161-0244
Central District of California           Beverly Hills, CA 90212-3218
Los Angeles
Fri Mar 31 17:23:32 PDT 2023

Los Angeles Division                     Amwest Funding Corp                        Bluestar Business Solutions
255 East Temple Street,                  6 Pointe Drive Ste 300                     505 E. Jackson St.  #302
Los Angeles, CA 90012-3332               Brea, CA 92821-6323                        Tampa, FL 33602-4935


Brenda Keroles                           (p)JPMORGAN CHASE BANK  N A                Costco Anywhere Visa Card
c/o Hitchcock, Bowman and Schacter       BANKRUPTCY MAIL INTAKE TEAM                Attn: Bankruptcy
21515 Hawthorne Blvd Suite 1030          700 KANSAS LANE FLOOR 01                   Po Box 6500
Torrance, CA 90503-6579                  MONROE LA 71203-4774                       Sioux Falls, SD 57117-6500


Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC         Elizabeth Rodriguez
Discover Products Inc                    PO BOX 3025                                c/o Sam H. Nordean Esq
PO Box 3025                              NEW ALBANY OH 43054-3025                   245 Fischer Ave Ste D-1
New Albany, OH 43054-3025                                                           Costa Mesa, CA 92626-4539


Enhanced Recovery Corp                   Franchise Tax Board                        Gateway One Lending & Finance
Attn: Bankruptcy                         Attn: Bankruptcy Department                175 North Riverview Drive
8014 Bayberry Road                       P.O. Box 942857                            Suite 100
Jacksonville, FL 32256-7412              Sacramento, CA 94257-0001                  Anaheim, CA 92808-1225


Hitchcock, Cowman and Schachter          Internal Revenue Service                   JPMorgan Chase Bank, N.A.
21515 Hawthorne Blvd St 1030             Centralized Insolvency Operations          s/b/m/t Chase Bank USA, N.A.
Torrance, CA 90503-6579                  P.O. Box 7346                              c/o National Bankruptcy Services, LLC
                                         Philadelphia, PA 19101-7346                P.O. Box 9013
                                                                                    Addison, Texas 75001-9013


LVNV Funding, LLC                        Nordean Law APC                            Northern Leasing Systems
Resurgent Capital Services               245 Fischer Ave Ste D1                     525 Washington Blvd
PO Box 10587                             Costa Mesa, CA 92626-4539                  Jersey City, NJ 07310-2603
Greenville, SC 29603-0587


Northrop Grumman Federal CU              Northrop Grumman Federal Credit Union      Santander Consumer USA successor in
Attn: Bankruptcy                         Attn: Bankruptcy                           interest to  Gateway One Lending
Po Box 47009                             Po Box 47009                               & Finance, LLC (Gateway)
Gardena, CA 90247-6809                   Gardena, CA 90247-6809                     P.O. Box 961245
                                                                                    Fort Worth, TX 76161-0244


United States Trustee (LA)               Wells Fargo Bank                           Wells Fargo Bank
915 Wilshire Blvd, Suite 1850            ATTN Bankruptcy                            P.O. Box 5058
Los Angeles, CA 90017-3560               1 Home Campus Mac X2303-01a                MAC: P6053-021
                                         Des Moines, IA 50328-0001                  Portland, OR 97208-5058


Wells Fargo Bank NA                      Wells Fargo Bank, N.A.                     Wells Fargo Bank, N.A., Wells Fargo Card Ser
Attn: Bankruptcy                         Small Business Lending Division            PO Box 10438, MAC F8235-02F
1 Home Campus Mac X2303-01a              P.O. Box 29482                             Des Moines, IA  50306-0438
Des Moines, IA 50328-0001                Phoenix, AZ 85038-9482
```

| | | |
|---|---|---|
| Alisa Admiral Garcia<br>Law Offices of Alisa Admiral<br>5150 E Pacific Coast Hwy<br>Suite 200<br>Long Beach, CA 90804-3399 | Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 | Raid Yacoub Younis<br>3718 W. 224th St.<br>Torrance, CA 90505-2517 |
| Sana Younis<br>3718 W. 224th St.<br>Torrance, CA 90505-2517 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 |
| (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Courtesy NEF | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     1<br>Total                   34 |